07 CV 2946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff**<br><br>ACS Recovery Services, Inc.<br><br>-v-<br><br>Bobby Harris and Ginger Harris<br><br>Defendant | Case No.<br><br>Rule 7.1 Statement<br>APR 13 2007 |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **ACS Recovery Services, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Affiliated Computer Services, Inc. is the parent of ACS Recovery Services, Inc. Affiliated Computer Services, Inc. is a publicly held company trading on the New York Stock Exchange. No publicly held corporation owns 10% or more of Affiliated Computer Services, Inc.'s stock.

Date: April 12, 2007

Signature of Attorney

Attorney Bar Code: 103797

Form Rule7_1.pdf