**MEMO ENDORSED**

## KEENEY, BAYNHAM & JARREL

ATTORNEYS AND COUNSELORS AT LAW
912 FIRST PLACE
TYLER, TEXAS 75702-7253

HUEY C. KEENEY, JR.
T. J. "JEFF" BAYNHAM, JR.
WILLS E. JARREL, JR.

TELEPHONE: (903)592-5510
TELECOPIER: (903)533-0002
EMAIL: BAYNHAMJ@AOL.COM

April 17, 2007

SENT BY FAX TO NUMBER: 973-966-1015

Glenn E. Butash, Esq.
7 Times Square
New York, NY 10036

07 Civ. 2946

RE: ACS RECOVERY SERVICES, INC. V. BOBBY AND GINGER HARRIS

I appreciate your returning my call and conferring with the Judge's office concerning continuing the TRO Hearing set for March 18, 2007 in Cause Number: 07 CV 2946, entitled ACS RECOVERY SERVICES, INC, plaintiff, against BOBBY HARRIS and GINGER HARRIS, defendants. We agree to continue the matter and the TRO entered by the Court last week until the week of May 2, 2007 or until the Judge sets the hearing on the TRO.

We are in the process of retaining the services of Stuart R. Wolk, an old Air Force friend. Stuart's Phone number is 212-295-8757. I will contact him tomorrow and have him call you before you leave on vacation. I hope your vacation is most enjoyable.

Sincerely,

T. J. Baynham, Jr.

---

Extension of TRO granted on consent to 5/2/07 @ 9:00 A.M. Any opposition papers to be served + filed by 4/25/07 (NOON). Parties to work on good faith settlement prior to 5/2/07 conference + advise the Court of progress.

SO ORDERED:
Date: 4/18/07

Richard M. Berman, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/07