UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACS RECOVERY SERVICES, INC.,                :
                                            :
                    Plaintiff,              :
                                            :     07 Civ. 2946 (RMB)
        -against-                           :
                                            :     **ORDER**
BOBBY HARRIS and GINGER HARRIS,             :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------X

   For the reasons stated on the record at the conference held on May 2, 2007, **IT IS HEREBY ORDERED THAT**

   (i)   the Temporary Restraining Order dated April 13, 2007 is extended through May 17, 2007;

   (ii)  the parties shall appear for a hearing on Plaintiff's application for a preliminary injunction on May 17, 2007 at 9:00 a.m. in Courtroom 6A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

   **The parties are further directed to negotiate in good faith towards reaching a settlement prior to the May 17, 2007 hearing.**


Dated:  New York, New York
        May 2, 2007

                                            _____
                                            RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/07