AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AFFIDAVIT OF HENRY ROMAN, BRIEF, CIVIL COVER SHEET, SUMMONS, COMPLAINT, APPEARANCE, RULE 7.1 STATEMENT, JUDGE BERMANS INDIVIDUAL RULES, MAGISTRATE JUDGE EATON'S RULES, CRITICAL INSTRUCTIONS FOR ATTORNEYS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER        DATE: APRIL 19, 2007  7 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BOBBY HARRIS

Place where served: 18622 WALNUT DR. FLINT TEX

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GINGER HARRIS

Relationship to defendant: WIFE OF DEFENDANT

Description of person accepting service:

SEX: F  AGE: 40  HEIGHT: 5'4"  WEIGHT: 135  SKIN: WHT  HAIR: BRN  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___        SERVICES $ ___.___        TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/19/2007

Bill H. Loy  L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Bill H. Loy
Certified by
Supreme Court
of Texas
No. SC000000803

| | |
|---|---|
| ATTORNEY: | GLENN E. BUTASH, ESQ. |
| PLAINTIFF: | ACS RECOVERY SERVICES, INC. |
| DEFENDANT: | BOBBY HARRIS, ET AL |
| VENUE: | SOUTHERN DISTRICT OF NY |
| DOCKET: | 07 CV 2946 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AFFIDAVIT OF HENRY ROMAN, BRIEF, CIVIL COVER SHEET, SUMMONS, COMPLAINT, APPEARANCE, RULE 7.1 STATEMENT, JUDGE BERMANS INDIVIDUAL RULES, MAGISTRATE JUDGE EATON'S RULES, CRITICAL INSTRUCTIONS FOR ATTORNEYS** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**   DATE: APRIL 19 2007   7 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

GINGER HARRIS

Place where served: 18622 WALNUT DR. FLINT TEX.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 40   HEIGHT: 5'4"   WEIGHT: 135   SKIN: WHT   HAIR: Brwn / OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/19/2007

Signature of Bill H. Loy, L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | GLENN E. BUTASH, ESQ. |
| PLAINTIFF: | ACS RECOVERY SERVICES, INC. |
| DEFENDANT: | BOBBY HARRIS, ET AL |
| VENUE: | SOUTHERN DISTRICT OF NY |
| DOCKET: | 07 CV 2946 |

Bill H. Loy
Certified by
Supreme Court
of Texas
No. SC000000803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.