UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ACS RECOVERY SERVICES, INC.,

                      Plaintiff,                      07 Civ. 2946

      against                  **ORDER OF DISCONTINUANCE**

HARRIS, ET AL.,

                      Defendants.
------------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Based on the letter from Counsel dated May 16, 2007, advising the Court that the parties have reached a resolution, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, the parties may apply by letter showing good cause why this action should be restored to the calendar. The Court hereby vacates the conference set for May 17, 2007.

Dated: New York, New York
         May 16, 2007

                                                                             _RMB_
                                                     Hon. Richard M. Berman, U.S.D.J.

Returned to chambers for scanning on 5/22/07
Scanned by chambers on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07