UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ACS RECOVERY SERVICES, INC.,

                        Plaintiff,

                -against-

                                              07 CIVIL 2946 (RMB)(DFE)

BOBBY HARRIS, et al.

                       Defendants.
------------------------------------------------------------x

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

|  |  |  |  |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
|  | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
|  |  | ____ | Social Security |
| _X_ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ | Inquest After Default/Damages Hearing |  | Particular Motion: _____ |
|  |  |  | All Such Motions: ____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       June 12, 2007

                                                  RICHARD M. BERMAN
                                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2007