**RECEIVED OCT 25 2007**
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ACS RECOVERY SERVICES, INC.,

    Plaintiff,

-against-

BOBBY HARRIS and GINGER HARRIS,

    Defendants.
----------------------------------x

Civil Action No.:
07-Civ. 2946 (RMB)

CONSENT JUDGMENT

THIS ACTION having been commenced on April 13, 2007 by the filing of a Complaint with this Court; and defendants Bobby Harris and Ginger Harris having appeared by their attorneys, Wolk, Newman & Maziarz, after personal service of a summons; and the parties having thereafter reached a settlement and compromise of this action on May 16, 2007; and the Court thereupon having entered an Order of Discontinuance, which Order of Discontinuance provided for the restoration of this action to the Court's calendar within thirty days of the date of the Order upon application of a party; and plaintiff ACS Recovery Services, Inc., by its attorneys, Day Pitney LLP, having applied, before the expiration of such thirty days, for restoration of this action to the Court's active calendar; and the Court, the Honorable Richard M. Berman, U.S.D.J., having, by "so ordered" endorsed memorandum dated June 12, 2007,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07

restored this action to the Court's calendar; and the parties thereafter having further conferred regarding the settlement and compromise of this action; and defendants Bobby Harris and Ginger Harris having indicated a willingness to have this action resolved by entry of a consent judgment; and good cause appearing;

IT IS, on this 26TH day of ~~July~~ October 2007,

ORDERED that judgment be entered, and the same hereby is entered, in favor of plaintiff ACB Recovery Services, Inc. and against defendants Bobby Harris and Ginger Harris, jointly and severally, in the amount of fifty-five thousand dollars and no cents ($55,000.00), together with interest in the amount of eight hundred thirteen dollars and seventy cents ($813.70), for a total amount of fifty-five thousand eight hundred thirteen dollars and seventy cents ($55,813.70), together with lawful interest thereon from July 16, 2007, and costs, until satisfied. CASE CLOSED.

RMB
_____
U.S.D.J.

Richard M. Berman

Dated: 10/26/07

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

The parties, by their respective
undersigned counsel, consent to
the form of, and entry of, this
Consent Judgment:

Dated: ~~July~~ October 25, 2007

DAY PITNEY LLP
Attorneys for Plaintiff
ACS Recovery Services, Inc.

By: _____
~~Glenn R. Satash~~, Esq.  Mikhal T. François, Esq.
Bar No. 103737          Bar No. MF 3301
7 Times Square
New York, NY 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2945

Dated: ~~July~~ October 23, 2007

WOLK, NEUMAN & MARIANI
Attorneys for Defendants Bobby
Morris and Ginger Morris

By: _____
Jeffrey Scott Lanset, Esq.
Bar No.
304 Park Avenue South
New York, NY 10010
Telephone: (212) 988-8757
Facsimile: (212) 988-1351

3