**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ACS RECOVERY SERVICES, INC.,                           x

                                 Plaintiff,                    Filed ECF

v.                                                                     Civil Action No. 07cv2946 (RMB-DFE)

BOBBY HARRIS and GINGER HARRIS,

                              Defendants.            x

## <u>MOTION TO WITHDRAW APPEARANCE</u>

The undersigned, Glenn E. Butash, formerly associated with Day Pitney LLP, respectfully moves to withdraw his appearance filed in this matter on behalf of ACS Recovery Services, Inc.   This motion is made pursuant to Rule 1.4 of the Local Rules of Federal Civil Procedure, and further on the basis that the undersigned is no longer associated with Day Pitney LLP.  Substitute counsel, M. Alexander Bowie, II and Mikhal Francois of Day Pitney LLP have filed an appearance in lieu thereof on behalf of ACS Recovery Services, Inc.

WHEREFORE, in accordance with the foregoing representations, the undersigned respectfully requests that this Court withdraw his appearances as counsel to the plaintiff, ACS Recovery Services, Inc.

Dated:  New York, New York
        October 30, 2007

                              By:  ___/s/ Glenn E. Bustash_____
                                     Glenn E. Bustash (GB 4695)

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this date, copies of the foregoing Motion to Withdraw Appearance, filed electronically by Glenn E. Butash, were transmitted by e-mail to all registered electonic filers.  This is to further certify that on this date, copies of this motion were transmitted to the parties and in the manner set forth below:

### *FIRST CLASS MAIL, POSTAGE PREPAID*

Jeffrey Scott Lanzet, Esq.
Wolk, Neuman & Maziarz
304 Park Avenue South
New York, NY  10010

T.J. Baynharm, Esq.
Keeney, Baynham & Jarell
912 First Place
Tyler, TX 75702-7253

*Courtesy Copy*

/s/ Glenn E. Bustash
Glenn E. Butash (GB 4695)