UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACS RECOVERY SERVICES, INC., | x
Plaintiff, | ECF Case
v. | Civil Action No. 07cv2946 (RMB-DFE)
BOBBY HARRIS and GINGER HARRIS, |
Defendants. | x

---

### ORDER ON MOTION TO WITHDRAW APPEARANCE

Upon the Motion of Glenn E. Butash, formerly associated with Day Pitney LLP, seeking to withdraw his appearance on behalf of the plaintiff, ACS Recovery Services, Inc., it is hereby

ORDERED that the appearance of Glenn E. Butash, formerly associated with Day Pitney LLP, is withdrawn as counsel of record to the plaintiff, ACS Recovery Services, Inc., as substitute counsel from Day Pitney LLP has filed an appearance in lieu thereof.

Dated at New York, New York this 31ST day of October, 2007.

BY THE COURT,

RMB
_____
The Honorable
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007